OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



April 19, 2013

Natalie L. Cardiello Esq.
Nicholas D. Krawec Esq.
Joseph F. McDonough Esq.

RE: In re: Natalie Cardiello v. Mary Claire Arbogast, et al
Case Numbers: 12-3866/12-3867/12-3868
District Case Number: 2-12-cv-00353
District Case Number: 2-12-cv-00401
District Case Number: 2-12-cv-00402

Dear Counsel:

   The Court has directed me to advise you that oral argument in the above-entitled case is scheduled on the merits on **Monday, June 17, 2013.** Counsel will be allotted **20** minutes oral argument time for each side, pursuant to Rule 12(6) of the Rules of this Circuit. Court will convene at **10:00 A.M.** in **The Albert Branson Maris Courtroom** (19th Floor, U.S. Courthouse, 6th & Market Sts.)  Counsel who will present oral argument should register with the Court Crier in the courtroom 30 minutes prior to the time when court is scheduled to convene.

   Counsel shall file an acknowledgment form **within** s**even (7) days** from the date of this letter, and advise the name of the attorney who will present oral argument. In addition, please indicate whether or not s/he is a member of the bar of this Court. Bar membership is not necessary if counsel represents a U.S. government agency or officer thereof or if the party is appearing pro se. If the attorney is not a member of the bar of this Court, an application for admission should be completed, which should be returned to this office without delay.  The hyperlinks for access to the acknowledgment form, application for admission, and appearance form are provided for your convenience, and are also available on the Third Circuit website.

   Counsel should read the instructions for oral argument.  If multiple parties are arguing for each side, counsel shall file a division of time form (a writeable form), if necessary, through CM/ECF.

Page 2                                                                                    April 19, 2013

RE: In re: Natalie Cardiello v. Mary Claire Arbogast, et al
Case Numbers: 12-3866/12-3867/12-3868
District Case Number: 2-12-cv-00353
District Case Number: 2-12-cv-00401
District Case Number: 2-12-cv-00402
Listed for 6/17/13

Very truly yours,

Marcia M. Waldron, Clerk

By:
Carmen Hernandez, Calendar Clerk
267-299-4952

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be argued before the following panel: **DAVIS, SACK and WALKER, Jr., Circuit Judges.**